IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

WILLIAM C. ABERCROMBIE, *Individually and on Behalf of All Others Similarly Situated*,

        Plaintiff(s),

v.

PRESSLEY RIDGE,

        Defendant.

09cv0468
**ELECTRONICALLY FILED**

ORDER OF COURT ADOPTING REPORT AND RECOMMENDATION
OF SPECIAL MASTER AT DOCUMENT NO. 68

After careful consideration of the motion for conditional certification of a collective class (doc. no. 56), the response in opposition thereto (doc. no. 60), and reply to the brief in opposition to the motion for class certification (doc. no. 66), as well as the objections to the Report and Recommendation of the Special Master (doc. no. 69), response, reply and sur-reply thereto (doc. nos. 70, 71, and 72), this Court adopts said Special Master's Reports and Recommendations as the Opinion of the Court.  This Court hereby grants the motion for conditional class certification of the class (doc. no. 56), and the alleged claim for which class certification is sought is limited to Pressley's Ridge's alleged failure to properly compensate for sleep time.  The class shall be defined to include only this claim and no others.

**SO ORDERED** this 4th day of November, 2009.

s/ Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc:    All Registered ECF Counsel and Parties